## Machinery Finance Corporation, Appellant, v. Max Lirtzman, Appellee.

**Gen. No. 46,475.** 

First District, Third Division.

February 23, 1955.

Released for publication April 6, 1955.

 Edward E. Contarsy, and Harold T. Berc, for appellant; no brief filed for appellee. Opinion by JUSTICE FEINBERG. **Not to be published in full.**